JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GRANT,<br><br>                        Plaintiff,<br>vs.<br><br>FALLAS BORROWER IV, LLC, a Delaware Limited Liability Company; J&M PROPERTIES ONE, LLC a Nevada Limited Liability Company; and Does 1-10,<br><br>                        Defendant. | Case No.: 2:18-cv-09379-JFW-MAA<br><br>*Hon. Judge John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 2, 2018<br>Trial Date:    TBD |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Debra Grant ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Fallas Borrower IV, LLC a Delaware Limited Liability Company and Defendant J&M Properties One, LLC, a Nevada Limited Liability Company.

Dated: __July 10, 2019__

                                                        Hon. John F. Walter
                                                        Judge, United States Court
                                                        Central District of Californi